No. 879. BURNS *v.* ALABAMA. February 5, 1945. Petition for writ of certiorari to the Supreme Court of Alabama denied. The motion for a stay is also denied. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *Mr. G. Ernest Jones* for petitioner.

No. 673. CALIFORNIA SHIPBUILDING CORP. *v.* INDUSTRIAL ACCIDENT COMMISSION ET AL. February 12, 1945. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, denied. *Messrs. Max Thelen* and *Gordon Johnson* for petitioner. *Mr. Everett A. Corten* for respondents.

No. 784. BENTON, ADMINISTRATOR, *v.* ST. LOUIS-SAN FRANCISCO RAILROAD Co. February 12, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Joseph A. Padway* and *Clarence C. Chilcott* for petitioner. *Mr. Maurice G. Roberts* for respondent.

No. 812. BOUNDARY COUNTY ET AL. *v.* WOLDSON. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Claude D. Randall* for petitioners. *Mr. Ezra R. Whitla* for respondent.

No. 814. ONAN ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Cir-